IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:14-cv-00243-FDW-DCK

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>UTILIPATH, LLC; UTILIPATH POWER, LLC; BAXTER M. HAYES, II; PATRICIA K. HAYES; BAXTER MCLINDON HAYES, III; TERESA N. HAYES; JARROD TYSON HAYES; AND SEREH SABRIPOUR,<br><br>        Defendants. | ORDER GRANTING ADMISSION OF JULIE BETH NEGOVAN TO PRACTICE *PRO HAC VICE* |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" filed by Edward F. Hennessey, IV regarding Julie B. Negovan on July 8, 2014. Julie B. Negovan seeks to appear as counsel *pro hac vice* for Defendants Baxter McLindon Hayes, III; Teresa N. Hayes; Jarrod Tyson Hayes; and Sereh Sabripour. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS THEREFORE ORDERED** that in accordance with Local Rule 83.1, the Application for Admission Pro Hac Vice is **GRANTED**. Julie B. Negovan is hereby admitted *pro hac vice* to represent Defendants Baxter McLindon Hayes, III; Teresa N. Hayes; Jarrod Tyson Hayes; and Sereh Sabripour.

Signed: July 8, 2014

David C. Keesler
United States Magistrate Judge