UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-CV-00243-FDW-DCK

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>UTILIPATH, LLC; UTILIPATH POWER, LLC; BAXTER M. HAYES, II; PATRICIA K. HAYES; BAXTER MCLINDON HAYES, III; TERESA N. HAYES; JARROD TYSON HAYES; and SEREH SABRIPOUR,<br><br>Defendants. | ORDER |

**THIS MATTER** is before the Court on Plaintiff Liberty Mutual Insurance Company's Motion for a Preliminary Injunction. (Doc. No. 3). A hearing on the Motion for a Preliminary Injunction was held on July 28, 2014, and for the reasons stated in Court, the Motion is DENIED.

IT IS SO ORDERED.

Signed: July 28, 2014

Frank D. Whitney
Chief United States District Judge