UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00243-FDW-DCK

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )    **ORDER AND NOTICE OF HEARING** |
| UTILIPATH, LLC et al., | )<br>)<br>) |
| Defendants. | )<br>) |

THIS MATTER is before the Court on Plaintiff's Motion for Partial Summary Judgment and Stay of Remaining Case. (Doc. No. 54). For the reasons stated in open court following a hearing, the Court hereby GRANTS Plaintiff's Motion for Partial Summary Judgment as to Plaintiff's claim for specific performance but DENIES this Motion with respect to the stay.

TAKE NOTICE that a pretrial conference in this matter will take place on Monday, January 5, 2015 at 10:00 am in Courtroom #1 of the Charles R. Jonas Building in Charlotte, North Carolina.

IT IS SO ORDERED.

Signed: December 5, 2014

Frank D. Whitney
Chief United States District Judge