IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:14-cv-00243-FDW-DCK

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>UTILIPATH, LLC; UTILIPATH POWER, LLC; BAXTER M. HAYES, II; PATRICIA K. HAYES; BAXTER MCLINDON HAYES, III; TERESA N. HAYES; JARROD TYSON HAYES; AND SEREH SABRIPOUR,<br><br>    Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 89) filed by Margaret Behringer Maloney regarding Edward Kang on December 30, 2014. Mr. Edward Kang seeks to appear as counsel *pro hac vice* for Defendants Baxter M. Hayes, II and Patricia K. Hayes. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS THEREFORE ORDERED** that in accordance with Local Rule 83.1, the "Application for Admission To Practice *Pro Hac Vice*" (Document No. 89) is **GRANTED**. Edward Kang is hereby admitted *pro hac vice* to represent Defendants Baxter M. Hayes, II and Patricia K. Hayes.

Signed: January 5, 2015

David C. Keesler
United States Magistrate Judge