UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00243-FDW-DCK

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | ORDER |
| UTILIPATH, LLC; UTILIPATH POWER, LLC; BAXTER M. HAYES, II; PATRICIA M. HAYES; BAXTER MCLINDON HAYES, III; TERESA N. HAYES; JARROD TYSON HAYES; and SEREH SABRIPOUR ) ) ) ) ) | |
| Defendants. | |

THIS MATTER is before the Court on Plaintiff Liberty Mutual Insurance Company's Motion for Voluntary Dismissal Without Prejudice. For the reasons stated therein, the Court GRANTS Plaintiff's Motion.

It is therefore ordered that (1) Liberty Mutual's First Cause of Action (Posting of Collateral Security) is dismissed without prejudice as to Defendants Patricia K. Hayes, Teresa N. Hayes, and Sereh Sabripour; and (2) Liberty Mutual's Second Cause of Action (Breach of Contract/Failure to Exonerate and to Indemnify) is hereby dismissed without prejudice as to all Defendants. This dismissal does not affect the various crossclaims among the Defendants.

IT IS SO ORDERED.

Signed: February 9, 2015

Frank D. Whitney
Chief United States District Judge