UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00243-FDW-DCK

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY ) ) ) Plaintiff, ) ) vs. ) ) UTILIPATH, LLC; UTILIPATH POWER, ) LLC; BAXTER M. HAYES, II; PATRICIA ) K. HAYES; BAXTER McCLINDON ) HAYES, III; TERESA N. HAYES; JARROD TYSON HAYES; and SEREH SABRIPOUR  Defendants. | NOTICE OF HEARING |

**TAKE NOTICE** that a hearing on the pending Motion for Emergency Status Conference will take place before the undersigned United States District Judge, to be held at **10:00 am** on **Thursday, February 12, 2015** in Courtroom #3 of the Charles R. Jonas Federal Building in Charlotte, North Carolina. The parties asserting the conflict of interest must be present in the Courtroom to be subject to sworn examination. This notice does not in any way alter any filing deadlines already ordered in the above captioned case.[1]

**IT IS SO ORDERED.**

Signed: February 11, 2015

Frank D. Whitney
Chief United States District Judge

---

[1] It appears that the parties have a misunderstanding in the Court's order revoking Julie Negovan's *pro hac vice* status. That order was intended to pull all attorneys from Kutak Rock off the case. The taint of the attorney goes to the whole firm, and as such, no attorneys from Kutak Rock may represent parties in this case. The Court apologizes for this misunderstanding.