IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:14-cv-00243-FDW-DCK

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>UTILIPATH, LLC; UTILIPATH POWER, LLC; BAXTER M. HAYES, II; PATRICIA K. HAYES; BAXTER MCLINDON HAYES, III; TERESA N. HAYES; JARROD TYSON HAYES; AND SEREH SABRIPOUR,<br><br>    Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" filed by Alan M. Ruley regarding Matthew Vincent Del Duca on April 8, 2015. Matthew Vincent Del Duca seeks to appear as counsel *pro hac vice* for Defendants Utilipath, LLC and Utilipath Power, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS THEREFORE ORDERED** that in accordance with Local Rule 83.1, the Application for Admission Pro Hac Vice is **GRANTED**. Matthew Vincent Del Duca is hereby admitted *pro hac vice* to represent Defendants Utilipath, LLC and Utilipath Power, LLC.

Signed: April 8, 2015

David C. Keesler
United States Magistrate Judge